Form G-2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

IN RE: )
) Case No. 24-09884
ILG International Logistics Group, Inc. )
) Chapter 7
)
)
Debtor(s) )

## Certification of Relatedness

The undersigned attorney certifies that:

1.  __4__ cases are being filed under Chapter __7__ that are related to each other, related to case(s) now pending, or both.

2.  The cases are related because:

    [ ] the debtors are husband and wife; or
    [ ] the debtor was a debtor in a previous case under Chapter 11; or
    [✓] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3.  List of related bankruptcy case number(s) and case name(s):

    Samir Jakupovic 23 B 15263
    S&L Cartage, Inc. 24 B 04739
    LG Express Group Inc 24 B 04741
    ILG International Logistics Group, Inc. 24 B 09884

Date of certification: 07/09/2024        Attorney's Signature: /s/ David P. Leibowitz

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam